# Court of Appeals
# of the State of Georgia

ATLANTA,  May 16, 2013

*The Court of Appeals hereby passes the following order:*

## A13A1720.  MARLENA MARTIN v. WALTER C. WOODYARD, II.

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling, Joel and Marlena Martin appealed the magistrate court's decision to the state court, which entered a judgment awarding $1,425, plus interest, to Walter Woodyard.  Marlena Martin filed a notice of appeal from the trial court's order.  We lack jurisdiction for two reasons.

First, OCGA § 5-6-35 (a) (6) requires the filing of an application for discretionary appeal "in all actions for damages in which the judgment is $10,000.00 or less."  Second, because the order at issue disposes of a de novo appeal from a magistrate court decision, OCGA § 5-6-35 (a) (1) also required Martin to follow the discretionary appeal procedures.  See *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).

Martin's failure to comply with discretionary appeal procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/16/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*